**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **MICHAEL CARF,** | : | **CASE NO: 4:25-cv-000075** |
| | : | |
| **Plaintiff,** | : | **JUDGE: Pratt** |
| | : | |
| **vs.** | : | **MAGISTRATE: Barr** |
| | : | |
| **ALPHA DEMOLITION, INC., et. al.** | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | **STIPULATION OF DISMISSAL** |
| | : | |

**Acknowledged**
TWP
September 25, 2025

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Carf ("Plaintiff") and Defendants Alpha Demolition, Inc., Jeffery Caudill Jr, and Nicole K. Caudill ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice. The Parties shall bear their own costs.

Respectfully Submitted this 25th day of September 2025:

**For Plaintiff:**

   /s/   Robb S. Stokar
Robb S. Stokar (0091330)
9200 Montgomery Road
Building E – Unit 18B
Cincinnati, Ohio 45242
Tel: 513-500-8511
Fax: 513-586-0655
Email: rss@stokarlaw.com

**For Defendants:**

   /s/  Howard D. Cade*
Howard D. Cade III (Admitted PHV)
Becker & Cade
429 W. Loveland Avenue
Loveland, OH 45140
(513) 683-2252, ext. 143
Fax: (513) 683-2257
Email: cade@fuse.net
**\*Per Email Auth 09-25-25 (RSS)**